# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br><br>John Milton LEE<br>DOB: xx/xx/1959; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>19-00966MJ |

Complaint for violation of Title 18, United States Code § 554

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about November 1, 2019, at or near ~~Nogales~~ Lukeville, in the District of Arizona, John Milton LEE fraudulently and knowingly exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, to wit: one Travor SAR .223 rifle, serial number T0009194; one Colt AR-15 A2 Sportster II .223 rifles, serial number SP343219; one Heckler & Koch 91 .308 rifle, serial number A047398; one Ruger 10/22 Carbine .22LR Rifle, serial number 240-96829, one Ruger RedHawk .44 Mag handgun, serial number 501-01358; one FN High Power 88 9mm handgun, serial number 245PZ46837; one Colt Gold Cup Trophy 1911 .45 handgun, serial number GCT17783; one American Deringer M1 .45 handgun, serial number 46671 and 1962 rounds of various caliber ammunition (see page 2 for a detailed list) knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 22, United States Code, Section 2778; Title 22, Code of Federal Regulations, Part 121.1; and Title 22, Code of Federal Regulations, Part 123.1; in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On November 1, 2019, at approximately 4:30pm, John Milton LEE (DOB: ████ 1959 COC: US) arrived at and applied to enter the United States from the Republic of Mexico via vehicle primary inspection lane #1 of the Lukeville, Arizona Port of Entry (POE). LEE was the driver of a 1984 Chevrolet Suburban, bearing AZ license plate AHG3489. LEE stated to the Customs and Border Protection Officer (CBPO) manning the lane that he was a priest and carried no identification. The CBPO referred LEE and the vehicle to Vehicle Secondary for further inspection.

During secondary inspection, when CBPOs asked LEE for identification, he stated he did not believe government issued identification documents were a valid form of identity. CBPOs instructed LEE to exit the vehicle, but he refused and stated he was armed and that the CBPOs could not touch him or anything in his vehicle. CBPOs observed the grip and rear sights of a handgun in the left chest area of LEE's jacket. CBPOs instructed LEE to remove his hands from under his shirt. LEE stated he would not surrender the firearm and reached for the weapon numerous times in what he claimed were efforts to force the officers to stand down.

CBPOs attempted to deescalate the situation and, after nearly an hour, LEE agreed to exit the vehicle. After exiting the vehicle, LEE continued to defy commands by CBPOs. As a result of LEE's statements that he would not relinquish

(continued on reverse)

**MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>COMPLAINT REVIEWED by AUSA Micah Schmit | SIGNATURE OF COMPLAINANT |
|---|---|
| *Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | OFFICIAL TITLE & NAME:<br>Robert Kelley, HSI/~~TFO~~ SA |
| Sworn to before me and subscribed in my presence | |

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE |
|---|---|
|  | November 4, 2019 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54

(continued from front)

19-00966 MJ

his firearm and the belief that LEE would use the weapon against the officers, a CBPO unholstered his Electronic Control Device (ECD) and pointed it at LEE. LEE began to walk backward, away from the CBPO, and then reached for his firearm. Fearing for the safety of himself and the other officers, the CBPO deployed a cartridge from his ECD, making contact with LEE's body, causing neuro-muscular incapacitation. LEE fell to the ground and his firearm fell to his side. CBPOs gained control of LEE and the firearm. A search of the vehicle revealed a total of 4 rifles, 4 handguns, and 1962 rounds of various caliber ammunition.

LEE was read his *Miranda* rights by Homeland Security Investigations (HSI) Special Agents at approximately 12:01am and waived. During the post-*Miranda* interview, LEE stated he was intending to travel south, through Mexico, to Guatemala with the intent of assisting the people of Guatemala with the injustices they face. LEE stated he knowingly transported the firearms and ammunition out of the United States and did not state he had an export license. As he departed the U.S. and attempted to enter Mexico, Mexican border officials stopped him due to lack of documentation for a motorcycle he was transporting behind his SUV and denied him entry into Mexico based upon that. LEE stated he was then directed back to the nearby Lukeville Port of Entry, where his encounter with Customs and Border Protection occurred.

CBPOs reviewed video footage and observed a 1980s Chevrolet Suburban with a dirt bike attached to a rack on the rear of the vehicle cross the international boundary and enter Mexico from the United States at 4:25pm.

The vehicle, firearms, and ammunition were seized by the Lukeville Seized Property Custodian via CBP Chain of Custody Form 6051.

John Milton LEE was taken into custody by HSI Special Agents and booked into the Pima County Adult Detention facility in Tucson, AZ.

List of seized ammunition:

Winchester 3-1 1/8-7-1 1/8 12 guage – 2 rounds
Remington 30 Carbine 5.56 IVI – 537 rounds
Weichkern 20 Patronen 7.62mm x 51 – 290 rounds
Sierra Bullets 7.62 x 51 – 93 rounds
Lake City Brass 5.56/.223 – 66 rounds
Fiocchi .223 – 78 rounds
Remington .223 – 7 rounds
Winchester .308 – 80 rounds
Winchester WW Super .44 Magnum – 11 rounds
Remington .44 Magnum – 6 rounds
Winchester .45 – 107 rounds
CCI Blazer Brass .45 – 5 rounds
Remington Golden Saber .45 – 1 round
Colt .45 – 1 round
Winchester 9mm – 154 rounds
Corbon 9mm – 9 rounds
Winchester .22LR – 500 rounds
Fiocchi .22LR – 8 rounds
Remington .22LR – 6 rounds
Winchester 9 Skeet .410 – 1 round