# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>John Milton Lee,<br><br>　　　　Defendant. | No. CR-19-02946-001-TUC-JAS (LAB)<br><br>**ORDER** |

　　　　Pending before the Court is a Report and Recommendation (Doc. 65) issued by United States Magistrate Judge Bowman. A review of the record reflects that the parties have not filed any objections to the Report and Recommendation, and the time to file objections has expired; the Court will not consider any untimely objections or evidence.

　　　　The Court has reviewed the underlying record and authority and adopts the Report and Recommendation in its entirety.

　　　　Accordingly, IT IS HEREBY ORDERED as follows:

(1) The Report and Recommendation (Doc. 65) is accepted and adopted.

(2) The motion to withdraw counsel and appoint advisory counsel (Doc. 60) is granted.

(3) Defendant John Milton Lee shall be permitted to represent himself with the assistance stand-by advisory counsel.

(4) Thomas Hartzell (CJA) is appointed as Advisory Counsel for the defendant.

1     Dated this 4th day of June, 2021.

                                               Honorable James A. Soto
                                               United States District Judge

CC: John Milton Lee